United States Courts
Southern District of Texas
FILED

APR 01 2020

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

PAUL E. ARCHIE                    *

      PETIITONER            *

                             *

                             *

                             *

V.                                *          CIVIL ACTION NO.

                             *          H - 19 - 2739

                             *

                             *

LORIE DAVIS                       *

      RESPONDENT            *

                             *

## PETITIONER'S MOTION FOR SUMMARY JUDGMENT

Now Comes, **Paul E. Archie,** Pro - Se Petitioner in the above
name and numbered cause.  In the " interest of justice " the
Petitioner alleges that there is no genuine issue of materiat
fact that exist in this case and summary judgment should be gran-
ted in his favor.  For good cause shown the Petitioner moves as
follows:

- 1 -

<u>PETITIONER'S HABEAS CORPUS DISMISSED</u>
<u>WITHOUT PREJUDICE TOLLED THE ONE YEAR</u>
<u>TIME LIMITATION</u>

The Petitioner alleges that he filed his habeas corpus (5)
five months before the one year time bar.  The Petitioner's habeas
corpus was dismissed " without prejudice " and therefore his
previous habeas corpus did not count toward a new filing.  The
Petitioner filed his time dispute resolution form on 12/11/18
after his previous habeas corpus was dismissed <u>without prejudice</u>.
The Petitioner's SHCH was denied on 6/12/19.  The Petitioner mail-
ed the present habeas corpus to the federal court on July 23,2019.
The Petiitoner's time began to run on 12/11/18 when he filed his
time dispute resolution form.

To establish an entitlement to equitable tolling, the Petitio-
ner must show (1)that he pursued his habeas rights diligently and
(2).some " extraordinary circumstance " prevented him from eff-
ective making a timely filing.  Howland v Quatemen, 507 F 3d
840, 845 (5th Cir. 2007),  Long delays in receiving notice of
state court action may warrant equitable tolling.  Phillps  v.
Donnelly, 216 F 3d 508, 511 (5 th Cir. ) modified In 223 F 3d 797
(5th Cir. 2000).

Title 28 U.S.C. 2244 (d) (2) provides that ( " the time dur-
ing which a properly  filed  application for state post conviction
or other collateral review with respect to the pertinent judgment
or claim  is pending shall not be counted toward any period of
limitation ").  Ex Parte Blacklock 191 S.W. 3d 718,719 (Tex. Crim.
Aapp.-2006).

II.

<u>THE RESPONDENTS AGREEE THAT THE PETITIONER's</u>
<u>GOOD TIME AND WORK ITME IS NOT COUNTED HIS</u>
<u>MANDATORY RELEASE DATEE</u>

The Petiitoner alleges that he  clearly has " liberty interest "

- 2 -

in his good time and work time being counted toward his mandatory superviison date.   The Respondents moiton for summary judgment clearly allege on page 4 that the Petitioner has not received any " work time " and " good time " toward his mandatory sup- ervision " date since October 28, 2015.   The Petiitoner has over 4 years 8 months and 23 days good time over 2 years and 6 months and 26 days of work time and yet the TDCJ has failed to explain why this time is not counted toward his " mandatory release " date.

III.

CONCLUSION AND PRAYER

Wherefore Premises Considered, <u>Paul E. Archie</u>, Pro - Se Petii tioner pray that this Honorable Court GRANT " Petitioner's Motion For Summary Judgment "  and find that the Petitioner's  habeas corpus is timely filed and that the Respondents failing to calcu- late the Petiitoner's " good ttme " and " work time " toward his mandatory release date has deprived him of a " liberty interest " and due process of law.

RESPECTFULLY SUBMITTED,

Mr. Paul E. Archie #519474
Jester III Unit
3 Jester Road
Rosharon, Texas   77406

## III.
### <u>CERTIFICATE OF SERVICE</u>

I, <u>Paul E. Archie</u>, Pro- Se Petitioner do hereby certify that a true and correct copy of the foregoing " Petitioner's Motion For Summary Judgment " has been served to the Respondent's attorney by placing a copy of the same in the u.s. mail postage prepaid to:  Patrick Todd, Assistant Attorney  General, P.O. Box12548, Austin, Texas 78711 on this ____*3 1*____ day of ____*March*____ month 2020.

Mr. Paul E. Archie
Pro - Se  Pettitioner

- 4 -

Date: 3/31/20

✓ To: U. S. District Court
Southern District of Texas
P. O. Box 61010
Houston, Texaas 77208

RE: ARCHIE V. DAVIS
NO: H - 19 - 2739

Dear Court:

Enclosed for filing is the original copy of the " Petitioner's Motion For Summary Judgment."

By copy of this letter I'm forwarding a copy of this same petition to the Respondent's attorney.

Your response in contacting me when the court has made a ruling on the petition will be highly appreciated. Thank you.

Sincerely,

Mr. Paul E. Archie
Pro - Se  Petitioner

CC. File
CC: Patrick Todd
Assistant Attorney General
P. O. Box 12548
Austin, Texas  78711

- A -

NORTH HOUSTON TX 773

31 MAR 2020 PM 4 L

FOREVER USA

Paul E. Archie #519474
3 Jester Road
Richmond, Texas 77406

United States Courts
Southern District Of Texas
FILED

APR 01 2020

David J. Bradley, Clerk of Court

U.S. District Court

Southern District Of Tx.

P. O. Box 61010

Houston, Tx.   77208

77208101010   E001